**Opinion filed October 25, 2012**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00347-CR
_____

### SHAN ANTWON MITCHELL, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 385th District Court**

**Midland County, Texas**

**Trial Court Cause No. CR34409**

## M E M O R A N D U M   O P I N I O N

Shan Antwon Mitchell appeals from two convictions of the offense of burglary of a habitation. Mitchell had originally received deferred adjudication and was placed on community supervision for six years in each count. After revoking Mitchell's community supervision and adjudicating his guilt, the trial court assessed his punishment in each count at eight years in the Texas Department of Criminal Justice, Institutional Division. We affirm.

In a single issue on appeal, Mitchell urges that the sentences he received were cruel and unusual, based on his "horrendous upbringing." Because Mitchell never objected to the punishment assessed either at trial or in a motion for new trial, nothing is presented for review.

TEX. R. APP. P. 33.1(a)(1)(A); *see also Hernandez v. State*, No. 11-09-00065-CR, 2010 WL 4148359, at *3 (Tex. App.—Eastland Oct. 21, 2010, pet. ref'd) (mem. op., not designated for publication).  We overrule Mitchell's sole issue on appeal.

The judgments are affirmed.


PER CURIAM


October 25, 2012

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill.[2]

---

[1]Eric Kalenak, Justice, resigned effective September 3, 2012.  The justice position is vacant pending appointment of a successor by the governor or until the next general election.

[2]John G. Hill, Former Chief Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.